1  THOMAS P. RILEY, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7

Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

FILED
CLERK, U.S. DISTRICT COURT

JUL 10 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

8        UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 2:12-cv-07623-WDK-PLA** |
| 13  Plaintiff, | **ORDER GRANTING STIPULATED JUDGMENT** |
| 14  vs. | |
| 16  **ARMANDO N. CARRERA, ET AL.,** | |
| 17  Defendants. | |

19

20     **TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR**

21  **ATTORNEY/S OF RECORD:**

22        By and through their counsel, the Parties to the above-entitled action hereby

24  stipulate and respectfully request that judgment in the amount of Five Thousand One

25  Dollar ($5,001.00) inclusive of attorneys' fees and costs be entered in favor of

26  Plaintiff J & J Sports Productions, Inc. and against ARMANDO N. CARRERA, and

27

28

1   MARIA DELCOSME CARRERA, INDIVIDUALLY and d/b/a FRESH BURRITO

2   MEXICAN  GRILL.

3

4

5

6   **IT IS SO ORDERED**:

7

8   _(signature)_                                    Dated: _July 10, 2014_

9   **The Honorable William D. Keller**

10  **United States District Court**
    **Central District of California**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28